Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SCOTT KARL, et al.,<br><br>　　　　Defendants. | No. 1:10-CV-0294-OWW-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to U.S. District Judge<br>OLIVER W. WANGER<br><br>Complaint filed: February 20, 2010 |

　　　　Plaintiff Ronald Moore, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Scott J. Karl and Scott J. Karl Living Trust, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: March 24, 2010　　　　　　　　　　/s/Tanya Levinson Moore
　　　　　　　　　　　　　　　　　　　　　Tanya E. Levinson Moore
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Moore v. Karl, et al.*

**STIPULATION FOR DISMISSAL; ORDER**

Page 1

Date: March 24, 2010

                                                  /s/    Scott J. Karl
                                                  Scott J. Karl
                                                  In Pro Per

                                                  /s/    Scott J. Karl
                                                  Scott J. Karl on behalf of
                                                  Scott J. Karl Living Trust

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:    **March 24, 2010**             **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

*Moore v. Karl, et al.*

**STIPULATION FOR DISMISSAL; ORDER**